IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD MIGYANKO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GF MANAGEMENT, LLC,<br><br>Defendant. | Case No. 2:20-cv-00944-MJH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Ronald Migyanko ("Plaintiff") and Defendant GF Management, LLC, ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;

2. Except as noted in the Settlement Agreement between the parties, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Date: August 30, 2021

Respectfully submitted,

*/s/ Brian D. Lipkin*
Mark K. Dausch
Brian D. Lipkin
**Babst, Calland, Clements and Zomnir, PC**
Two Gateway Center, 6th Floor
Pittsburgh, PA 15222
(412) 394-5400
mdausch@babstcalland.com
blipkin@babstcalland.com

*Attorneys for Defendant*

*/s/ Nicholas A. Colella*
Nicholas A. Colella
R. Bruce Carlson
**CARLSON LYNCH LLP**
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
Fax: (412) 231-0246
ncolella@carlsonlynch.com
bcarlson@carlsonlynch.com

*Attorneys for Plaintiff*